UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 25 Mag. 1968 |
| CHANGLI LUO, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Ni Qian, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 873, 1519, and 2, in a complaint dated June 14, 2025, and was arrested on June 14, 2025;

It is further found that the defendant was presented before Magistrate Judge Sarah Netburn in this District on June 14, 2025, and was ordered detained until June 16, 2025 when she was released on bail with certain conditions, including home detention as enforced by GPS monitoring;

It is further found that on June 30, 2025, the Honorable Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 30, 2025;

It is further found that Steven Metcalf, Esq., counsel for defendant, and Assistant United States Attorney Ni Qian have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 29, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Ni Qian be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
     July  30  , 2025

_____
UNITED STATES MAGISTRATE JUDGE