

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 4, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

Request GRANTED. The Clerk of
Court is respectfully directed to
terminate Dkt. No. 27. SO
ORDERED.

Dated: December 4, 2025

Re:    *United States v. Changli Luo, a/k/a Sophia Luo*, 25 Cr. 412 (MMG)

Dear Judge Garnett:

The Government respectfully submits this letter to request, with the defendant's consent, a one-week extension of the discovery deadline. The Government expects to substantially complete its discovery by Friday, December 5, 2025, but will require until next week to finish loading approximately 7 terabytes of electronic devices seized from the defendant.

Following the previous conference on November 7, 2025, and the entry of the Protective Order governing the discovery in this case, the Government made its first discovery production on November 13, 2025. This production consisted of: (1) search warrants; (2) subpoena returns; (3) law enforcement reports; (4) body-worn camera footage; (5) search photos; (6) the forensic images of four cellphones, two sim cards, and a black USB drive; and (7) responsive reports for the four cellphones, a laptop, and the black USB drive.

On November 17, 2025, the Government informed defense counsel that an additional 7 terabyte drive will be needed for FBI CART to load the forensic extraction of additional electronic devices that were seized from the defendant, responsive sets for those devices, and the four cellphone extractions already produced processed in a readable format.

On November 25, 2025, the Government received the drives from defense counsel. Due to the Thanksgiving holiday as well as planned field operations, FBI CART personnel predicts that

they will need until next week to finish loading the remaining electronic devices.  The Government still expects to produce the remainder of the discovery by this Friday, December 5, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/ _____
Ni Qian/Brandon Thompson
Assistant United States Attorneys
(212) 637-2364/2444