USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | |
| -against- | |
| Changli Luo<br>a/k/a "Sophia Luo" | |
| Defendant(s). | |

25-CR-00412 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

A bail modification hearing is hereby scheduled for December 15, 2025, at 11:30 a.m. in

Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: December 9, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge