# *Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

February 3, 2026

Request GRANTED. Defense motions are due by February 20, 2026. SO ORDERED.

Dated: February 4, 2026

**Via ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     **Changli Luo, a/k/a "Sophia Luo," a/k/a "Sophie Luo" – 1:25cr412**

Dear Judge Garnett:

We represent Changli Luo ("Sophia Luo") in the above-referenced matter. We submit this letter to request a two-week extension, from February 6, 2026 until February 20, 2026, to file Defense motions. This is the Defense's first request for an extension of time. The Government consents to this request for an extension.

On November 7, 2025, the Court set a deadline of December 5, 2025, for the production of discovery. On December 4, 2025, the Government filed – with the consent of the Defense – a request for a one-week extension of the discovery deadline, which Your Honor granted. Since the Government made their first discovery production on November 13, 2025, the Government has produced several terabytes of discovery. The sheer volume of this material has required significant time and resources to review thoroughly.

Additionally, one of our partners, who has been actively involved in this matter, recently suffered the death of his mother, which has further impacted our ability to meet the current deadline. A two-week extension of this deadline will allow the Defense sufficient time to prepare the motions.

We respectfully submit that this request is made in good faith and not for the purpose of delay. We appreciate the Courts consideration of this matter and are available to provide any additional information or address any questions Your Honor may have.

We thank the Court for taking this request into consideration.

Page 1 of 2

Respectfully submitted,

Arthur L. Aidala, Esq.

cc:    Brandon Christopher Thompson, Assistant United States Attorney
       brandon.thompson@usdoj.gov
       Ni Qian, Assistant United States Attorney
       ni.qian@usdoj.gov