USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

            -against-

Changli Luo
    a/k/a "Sophia Luo"

                              Defendant(s).

25-CR-00412 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The status conference in this matter is hereby adjourned to April 14, 2026, at 1:00 p.m. in

Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated:  March 23, 2026
        New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge