USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED:__________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

CHANGLI LUO
a/k/a "Sophia Luo"
Defendant(s).

-----------------------------------------------------------------X

25-CR-412 (MMG)

TRIAL SCHEDULING ORDER

MARGARET M. GARNETT, United States District Judge:

Trial in this case is scheduled to begin the presentation of evidence on **September 14, 2026** at **9:30 a.m.**

The Government shall provide notice of any expert witnesses it intends to call at trial pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure by no later than **July 24, 2026**. If Defendant intends to call any expert witnesses at trial, it shall provide such notice to the Government by **August 7, 2026**. If Defendant seeks to bar or restrict the testimony of a noticed Government expert under *Daubert* and its progeny, that motion must be filed by **August 14, 2026.** The Government shall file its opposition to any such motion, and any motion seeking to bar or restrict Defendant's expert(s) by **August 24, 2026**. The Defendant may respond to any Government *Daubert* motion by **September 3, 2026.**

Any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine*, shall be filed by **August 28, 2026.** Any opposition to a motion *in limine* shall be filed by noon on **September 4, 2026**. Replies are not permitted without prior permission of the Court.

Pretrial filings should comport with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett. In accordance with those rule, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise, but the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov when they are filed on ECF.

The Court will hold a conference to discuss jury selection on **Thursday, September 3, 2026 at 2:00 p.m.** The parties shall appear for jury selection on **September 8, 2026**, at **9:30 a.m.** and a substantive final pretrial conference will be held on September 9 or 10, depending on the progress of jury selection. All matters will take place in **Courtroom 906** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Garnett.

SO ORDERED.

Dated: July 7, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge