**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2026

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

**Re: *United States v. Changli Luo, a/k/a Sophia Luo*, 25 Cr. 412 (MMG)**

Dear Judge Garnett:

The Government writes, with the defendant's consent, to respectfully request a two-week adjournment of the remaining briefing deadlines regarding the defendant's severance motion, which was filed on August 21, 2026. The Government's opposition is currently due on September 18, 2026, and the defendant's reply is currently due on September 25, 2026. The parties are requesting this adjournment in light of their continued efforts to reach a disposition in this case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: _/s/_____________________________
Jackie Delligatti
Ni Qian
Brandon Thompson
Assistant United States Attorneys
(212) 637-2559